FILED
August 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003712223

WILLIAM G. MALCOLM, #129271
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,**
**JPMORGAN CHASE BANK, NATIONAL ASSOCATION**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>BARBARA OVERHOFF GESHEKTER<br><br>Debtor. | Bankruptcy Case No. 11-36565<br>Docket Control No. WGM-1<br>CHAPTER 13<br>HEARING DATE:<br>DATE:         September 2, 2011<br>TIME:         1:30 PM<br>PLACE:      U.S. Bankruptcy Court 7th Floor<br>                    Crtrm 28 |

<u>**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S OBJECTION TO**</u>

<u>**CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**</u>

**TO THE HONORABLE MICHAEL S. MCMANUS, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR AND THE DEBTOR'S COUNSEL:**

JPMorgan Chase Bank, National Association ("JPMorgan") is the holder of a secured claim recorded against property in which the Debtor claims an interest. JPMorgan is, therefore, a party in interest and has standing to object to the Debtor's Chapter 13 Plan.

JPMorgan is the holder of a claim secured only by a security interest in real property commonly known as 6 Lily Way, Chico, California. The total amount that is due and owing under the Promissory Note is approximately $389,477.68 and the pre-petition arrearage owed is approximately $2,306.87. JPMorgan objects to the Plan on the following grounds:

    The Debtors' Plan classifies JPMorgan's claim as a Class 4 claim. As Debtor was delinquent on their obligation to JPMorgan at the time of the filing of the petition, JPMorgan's claim should be classified as a Class 1 claim. As the Debtor's Plan fails to provide for the pre-petition arrearages owed to JPMorgan, the Plan is not feasible and does not satisfy 11 U.S.C. §1322(b)(5) or §1325.

    Based on the foregoing, JPMorgan respectfully requests that the Court deny confirmation of the Debtor's Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for payments of JPMorgan's pre-petition arrearages.

DATED: August 18, 2011

Respectfully Submitted,

MALCOLM CISNEROS, A Law Corporation

_/s/William G. Malcolm_____
WILLIAM G. MALCOLM
Attorney for Creditor,
**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**